DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HECTOR CUELLAR-VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 2:10-cr-0521 KJM |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER RE:** |
| | ) **CONTINUANCE OF STATUS HEARING AND** |
| v. | ) **FINDINGS OF EXCLUDABLE TIME** |
| | ) |
| HECTOR CUELLAR-VALENCIA, | ) DATE:   March 17, 2011 |
| | ) TIME:   10:00 a.m. |
| Defendant. | ) JUDGE:  Hon. Kimberly J. Mueller |
| _____ | ) |

      HECTOR CUELLAR VALENCIA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHELE BECKWITH, Assistant United States Attorney, hereby agree that the status conference set for February 17, 2011, be continued for a change of plea hearing on March 17, 2011, at 9:00 a.m.  This continuance is requested because counsel for the defendant requires additional time to review and finalize the proposed plea agreement with the defendant. The defendant in this case consents to this continuance.

      Counsel, along with the defendant agree that the time from the date of this order through March 17, 2011, should be excluded in computing the time within which trial must commence under the Speedy

1  Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4. [reasonable
2  time to prepare].
3  DATED: February 11, 2011        Respectfully submitted,
4                                  DANIEL J. BRODERICK
                                   Federal Defender
5
                                   /S/ Dennis S. Waks
6                                  DENNIS S. WAKS
                                   Supervising Assistant Federal Defender
7                                  Attorney for Defendant
                                   HECTOR CUELLAR-VALENCIA
8
9  DATE: February 11, 2011         BENJAMIN B. WAGNER
                                   United States Attorney
10
11                                 /S/ Dennis S. Waks for
                                   MICHELE BECKWITH
12                                 Assistant United States Attorney
13
14
                                       **O R D E R**
15
16
**IT IS SO ORDERED.**
17
**Dated:   February 11, 2011.**
18
19
                                   _____
20                                 UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28

                                       2